## (March 7, 1939.)

BERNARD J. MORAN, Respondent, v. NEW YORK POST, INC., Appellant. (Appeal No. 1.) — In an action for libel defendant appeals from an order entered October 15, 1938, vacating the notice of examination before trial of the plaintiff and from an order entered November 7, 1938, granting a reargument of [upon] defendant's motion and, upon reargument, affirming the original decision. Plaintiff having stated in open court that the claimed libel is contained within the third paragraph of the publication as it appears in the record, the order entered November 7, 1938, is affirmed, with ten dollars costs and disbursements. Appeal from order entered. October 15, 1938, dismissed. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

BERNARD J. MORAN, Respondent, v. NEW YORK POST, INC., Appellant. (Appeal No. 2.) — On argument, order, as resettled, granting plaintiff's motion to serve and file *nunc pro tunc* as of June 22, 1938, a demand for a jury trial and placing action on jury calendar in its proper order affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

## (March 13, 1939.)

GEORGE L. ALBERT, Appellant, v. JEROME FISKE COLLINS, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

AMERICAN CONCESSIONAIRES, INC., Appellant, v. CITY OF LONG BEACH, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.